**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7079**

REGINALD FULLARD,

Plaintiff - Appellant,

v.

LETITIA OWEN; JAMES W. MCRAE; SGT. OXENDINE; CPT.  ROUSH,

Defendants - Appellees,

and

ERIK A. HOOKS, Secretary of NCDPS,

Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (5:15-ct-03147-BO)

Submitted:  January 22, 2019                          Decided:  January 28, 2019

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Reginald U. Fullard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald U. Fullard appeals the district court's order granting defendants' motion for summary judgment and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fullard v. Owen*, No. 5:15-ct-03147-BO (E.D.N.C. Aug. 22, 2018). We deny Fullard's motion to bar affirmative defenses and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*